**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01257-CV

### JOHN W. PRILLER, INDIVIDUALLY AND D/B/A JOHN PRILLER & ASSOCIATES AND EDSEL F. MATTHEWS, JR., Appellants

### V.

### MORGAN COX, III AND DM FOREST CREEK LLC, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04089-2014**

## ORDER

We **GRANT** appellants' November 4, 2015 unopposed joint motion for first extension of time to file briefs and **ORDER** the briefs be filed no later than December 17, 2015. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
           JUSTICE